JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER FORD, | CV 19-02257 PA (SPx) |
| Plaintiff, | JUDGMENT |
| v. | |
| RALPH R. DICKINSON, et al., | |
| Defendants. | |

Pursuant to the Court's October 1, 2020 Minute Order dismissing this action for failure to comply with the Court's order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 1, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE